

**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

April 29, 2015
**CORRECTED NOTICE**

RE:  Case No. 01-15-00400-CV

Style: In re David W. Warren, Beneficiary of the David Abraham Weiner 1994
Trust


     Please be advised that on this date the court filed relator's petition
for writ of mandamus in the above cause.

**T. C. Case # 425577**                    Christopher A. Prine, Clerk of the Court